UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHALBIR S., <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER CHESTNUT, Warden of California City Detention Center; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, <br><br> Respondents. | No. 1:26-cv-00461-KES-SKO (HC) <br><br> ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS <br><br> Doc. 1 |

Petitioner Vishalbir S. is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order.[1]  Docs. 1, 2.  The Court has previously addressed the legal issues raised by the petition.  *See, e.g.*, *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025); *Clene C.D. v. Robbins*, No. 1:25-CV-01463-KES-SKO (HC), 2026 WL 84302 (E.D. Cal. Jan. 12, 2026); *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal.

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

1   Nov. 19, 2025).

2       The Court informed the parties that it intended to rule directly on the petition and ordered
3   respondents to show cause as to whether there are any factual or legal issues in this case that
4   distinguish it from the Court's prior orders in *Elmer Joel M. C. v. Wofford*, *Clene C.D. v.*
5   *Robbins*, *Bilal A. v. Wofford*, and *W.V.S.M. v. Wofford*, and that would justify denying the
6   petition.  Doc. 4.  Respondents confirm that they "do not have legal arguments to distinguish this
7   case from previous orders issued by the Court, nor do Respondents identify material factual
8   differences between this case and those identified by the Court in the Order to Show Cause."
9   Doc. 7 at 1.

10       As respondents have not made any new legal arguments and have not identified any
11   factual or legal issues in this case that would distinguish it from the Court's prior decisions in
12   *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal.
13   Dec. 6, 2025), *Clene C.D. v. Robbins*, No. 1:25-CV-01463-KES-SKO (HC), 2026 WL 84302
14   (E.D. Cal. Jan. 12, 2026), *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL
15   3648366 (E.D. Cal. Dec. 16, 2025), and *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK
16   (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025), the petition for writ of habeas corpus is
17   GRANTED, for the reasons addressed in those prior orders.

18       Respondents are ORDERED to release petitioner immediately.  Respondents are
19   ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear
20   and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that
21   petitioner is a flight risk or danger to the community such that his physical custody is legally
22   justified.

23       The Clerk of Court is directed to close this case and enter judgment for petitioner.

24

25   IT IS SO ORDERED.

26       Dated:   January 24, 2026

                                  UNITED STATES DISTRICT JUDGE